**No. 53902.**—New York Merchandise Co., Inc. *v.* United States, protests 90244–K, 93793–K, and 113021–K (New York).

Opinion by RAO, J.  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).  The claim of the plaintiff was therefore sustained.

**No. 53903.**—Fownes Bros. & Co., Inc. *v.* United States, protest 137921–K (New York).

Opinion by RAO, J.  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).  The claim of the plaintiff was therefore sustained.

**No. 53904.**—Spool Cotton Co. et al. *v.* United States, protests 108115–K, etc. (New York).

Opinion by RAO, J.  By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

BEFORE THE THIRD DIVISION, JANUARY 13, 1950

**No. 53905.**—The R. T. French Co. et al. *v.* United States, protests 135827–K, etc. (New York).

Opinion by CLINE, J.  In accordance with stipulation that the merchandise consists of laurel leaves similar in all material respects to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiffs was sustained.